UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEREK L. PLUMMER, §
    Plaintiff, §
     §
v. §    Civil Action No. 1:23-CV-_____
     §
     §
BOTTLING GROUP, LLC ET AL., §
    Defendants. §

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendants Bottling Group, LLC, Shiby Chacko, Joshua Haun and John DeLuca file this Notice of Removal of the above-captioned matter from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.[1]  The grounds for removal are as follows:

1. On or about June 1, 2023, Plaintiff Derek Plummer filed *pro se* a Complaint in the Superior Court of the District of Columbia, a copy of which Complaint is provided herewith as part of the Superior Court's file, attached collectively as Exhibit A (the "Complaint").

2. This Court has original jurisdiction over the matter because Plaintiff's claims arise under the "Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.  Section 301 of the Labor Management Relations Act ("LMRA") provides federal jurisdiction over "suits for violation of contracts between an employer and a labor organization." 29 U.S.C. § 185(a).  Suits arising under § 301 include "those seeking to vindicate 'uniquely personal' rights of employees such as wages, hours, overtime pay, and wrongful discharge." *Hines v. Anchor Motor Freight*, 424 U.S. 554, 562 (1976).  This is precisely such a case.

---

[1] By filing this Notice of Removal, Defendants do not waive any objections they may have as to service, jurisdiction, or venue.

3. The crux of Plaintiff's complaint—as well as his prior lawsuits—is the termination of his employment.[2] Because Plaintiff was a member of the bargaining unit and thus worked under a collective bargaining agreement between Bottling Group, LLC and Teamsters Local 730, and because the right to terminate Plaintiff's employment was governed by the collective bargaining agreement between Bottling Group, LLC and Teamsters Local 730, this Court has original jurisdiction over this case under Section 301 of the LMRA and 28 U.S.C. § 1331, as the claim arises from a contract between an employer and a labor organization.

4. The Superior Court of the District of Columbia in which this matter was commenced is within this Court's district. Therefore, the matter is properly removable to this Court. 28 U.S.C. § 1441(a).

5. The Complaint is not Plaintiff's first attempt to sue these Defendants for the termination of his employment with Bottling Group, LLC. It is the third. On October 21, 2021, Plaintiff filed a lawsuit against the same Defendants arising out of the same operative facts. After litigating these facts and legal issues, the Court entered judgment as matter of law, granting Defendants' Motion for Judgment on the Pleadings in its entirety (the "Second Complaint"). A copy of the Second Complaint is attached as Exhibit B. That earlier lawsuit was removed to this Court, in Civil Action No. 1:21-CV-02799-RBW, on the basis of the federal question arising under LMRA § 301, and remained before this Court until it was fully disposed of.

6. Prior to the Second Complaint, Plaintiff filed a very similar lawsuit on April 17, 2019 against numerous defendants,[3] including Defendants Chacko and Haun, wherein he alleged,

---

[2] Teamsters Local 730 served as Plaintiff's collective bargaining representative while he was employed by Bottling Group, LLC. The Complaint (like his First and Second Complaints) alleges that "Bottling Group LLC wrongfully suspended and terminated my employment." *See* Pl.'s Complaint.

[3] Plaintiff named, but never served, two individual employees of Bottling Group, Shiby Chacko and Joshua Haun.

4868-0809-0989.2

2

among other claims, that union officials "conspired with Pepsi Management to terminate [him]." (the "First Complaint"). A copy of the First Complaint is attached as Exhibit C. The First Complaint was similarly removed to this Court, in Civil Action No. 1:19-CV-01825-ZMF, on the basis of the federal question arising under LMRA § 301, and the earlier lawsuit remained before this Court until it was fully disposed of. This Court should, therefore, accept federal jurisdiction over the instant matter, as Plaintiff again alleges that Defendants, acting in concert with the labor union, wrongfully terminated his employment in violation of the terms of the collective bargaining agreement.

7. The Superior Court's docket sheet, specifically the Affidavit/Declaration of Service, produced herewith as part of Exhibit A, shows that service on all four (4) of the Defendants was effectuated). Accordingly, pursuant to 28 U.S.C. § 1446(b) and Fed. R. Civ. P. 6(a)(1)(C), Defendants remove the Superior Court case to this Court within thirty (30) days of when service was effectuated.

8. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the District of Columbia and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit D.

9. This Court's required filing fee and executed civil cover sheet accompany this Notice.

WHEREFORE, having fully complied with all requirements for removal of this action, Defendants respectfully request that the action now pending in the Superior Court of the District of Columbia be removed to the United States District Court for the District of Columbia.

Dated:  July 3, 2023  Respectfully submitted,

By:  /s/   Charles W. Chotvacs
**Charles W. Chotvacs**
D.C. Bar No. 484155
**Joanne Zimolzak**
D.C. Bar No. 452035
**DYKEMA GOSSETT, PLLC**
One Franklin Square
1301 K Street, N.W., Suite 1100 West
Washington, D.C.  20005
Telephone:  (202) 906-8600
Facsimile:  (888) 813-2443
Email:  cchotvacs@dykema.com
Email:  JZimolzak@dykema.com

Of Counsel:
By:  /s/ Alison R. Ashmore
**Alison R. Ashmore**
Texas State Bar No. 24059400
(*Application Pro Hac Vice Forthcoming*)
**DYKEMA GOSSETT, PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone:  (214) 462-6400
Facsimile:  (214) 462-6401
Email:  aashmore@dykema.com

**ATTORNEYS FOR DEFENDANTS BOTTLING GROUP, LLC,
SHIBY CHACKO, JOHN DELUCA, AND JOSHUA HAUN**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of July, a copy of the foregoing was filed and served by email and U.S. First Class Mail on:

**Derek L. Plummer,** *Pro Se*
6611 23rd Place
Hyattsville, Maryland 20782
Email:  Plummerd@gmail.com

I further certify that, pursuant to 28 U.S.C. § 1446(d), on the 3rd day of July, 2023, a copy of the foregoing ***Notice of Removal*** will be electronically filed in the Superior Court of the District of Columbia.

                                             */s/   Charles W. Chotvacs*
                                             **Charles W. Chotvacs**
                                             **DYKEMA GOSSETT, PLLC**