

Friday November 25, 2023

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED

NOV 2 7 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**DEREK L. PLUMMER,**

      **Plaintiff,**

      **V.**                    **Civil Action No. 1:23-cv-1933-(RBW)**

**BOTTLING GROUP, LLC, <u>et al</u>**

      **Defendants.**

---

**DEREK L. PLUMMER**

      **Plaintiff,**

      **V.**                    **Civil Action No. 1:23-cv-3143-(RBW)**

**MARK MURPHY,**

      **Defendant.**

---

### Plaintiff Requests Judgment by Default in Favor of Plaintiff

Plaintiff argues that Civil Rights **Attorney Mark Murphy,** who **Consolidated** Civil Action Cases No. **1:23-cv-3143)-RBW** and No.**1:23-cv-1933)-(RBW) failed to appear** in Court for teleconference on **Thursday November 16, 2023** and Judgment by Default should be imposed. Plaintiff also argues that similar action mirrors Shiby Chacko, Joshua Haun, and John DeLuca along with ( Pepsi ) Bottling Group L.L.C. action and behavior when they failed to appear in any Status trial meetings even after

1.

**Friday November 25, 2023**

they were properly served. Thereby, **Judgment by Default** should be granted in favor of

**Plaintiff.**

**Respectfully Submitted,**
**Pro se Litigant,**
**Derek L. Plummer**
**240-606 7263**
**Plummerd386@gmail.com**

2.