**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
DEREK L. PLUMMER,                       )
                                        )
              Plaintiff,                )
                                        )
      v.                                )        Civil Action No. 23-1933 (RBW)
                                        )
BOTTLING GROUP, LLC, et al.,            )
                                        )
              Defendants.               )
_____)
                                        )
DEREK L. PLUMMER,                       )
                                        )
              Plaintiff,                )
                                        )
      v.                                )        Civil Action No. 23-3143 (RBW)
                                        )
MARK MURPHY,                            )
                                        )
              Defendant.                )
_____)

**<u>ORDER</u>**

In accordance with the oral rulings issued by the Court at the motion hearing held on

December 1, 2023, via teleconference, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss and to Impose Sanctions, Civil

Action No. 23-3143, ECF No. 4, is **GRANTED IN PART AND DENIED IN PART**.  The

motion is **GRANTED** to the extent that it seeks to dismiss Civil Action No. 23-3143.  The

motion is also **GRANTED** to the extent that it seeks to impose a pre-filing injunction on the

plaintiff.  More specifically, the plaintiff is precluded from filing any further suits against the

defendants in Civil Action No. 23-1933 and Civil Action No. 23-3143—which arise out of the

underlying employment dispute—in state or federal court, unless he obtains authorization from

the United States Court of Appeals for the District of Columbia Circuit.  The motion is **DENIED** in all other respects.  It is further

      **ORDERED** that the plaintiff's motion for judgment by default against Mark Murphy, Civil Action No 23-1933, ECF No. 15, is **DENIED**.  It is further

      **ORDERED** that the plaintiff's motion for relief in Civil Action No. 23-1933, ECF No. 16, is **DENIED**.  More specifically, the Court already dismissed Civil Action No. 23-1933 "because it [was] barred by the doctrine of <u>res judicata</u>" in its November 17, 2023 Order, <u>see</u> Order at 1 (Nov. 17, 2023), ECF No. 13, and the plaintiff provides no compelling justification for the Court to revisit its decision.  It is further

      **ORDERED** that Civil Action No. 23-3143 is **DISMISSED**.  It is further

      **ORDERED** that Civil Action No. 23-1933 and Civil Action No. 23-3143 are **CLOSED**.

      **SO ORDERED** this 1st day of December, 2023.

REGGIE B. WALTON
United States District Judge
